**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JENNIFER E. C., | ) | NO. ED CV 23-2528-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MARTIN J. O'MALLEY, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant and the action is dismissed with prejudice.

DATED: May 20, 2024.

                                                     /S/
                                    CHARLES F. EICK
                       UNITED STATES MAGISTRATE JUDGE